UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MARC S. KIRSCHNER,<br>as Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>MARK KAVANAGH and MICHAEL M. KAVANAGH,<br><br>Defendants. | Civil Case No. 07-646 |

### NOTICE OF DISMISSAL OF ACTION

**WHEREAS**, on October 16, 2007, Plaintiff Marc S. Kirschner, as the Court-approved Trustee for the Refco Litigation Trust (the "Trustee") filed a complaint (the "Complaint") instituting the above-captioned action against Mark Kavanagh and Michael M. Kavanagh (the "Defendants");

**WHEREAS**, the Defendants have neither answered nor filed a motion for summary judgment against the Complaint;

**NOW, THEREFORE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) the Trustee voluntarily dismisses with prejudice the above-captioned action against the Defendants.

Dated: April 7, 2008
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: _/s/_
Gregory W. Werkheiser (No. 3553)
Thomas F. Driscoll III (No. 4703)
Chase Manhattan Centre, 18th Floor
1201 Market Street
P.O. Box 1347

Wilmington, Delaware, 19899-1347
Telephone:   (302) 658-9200
Facsimile:    (302) 658-3989

MILBANK, TWEED, HADLEY & McCLOY LLP

Luc A. Despins (LD 5141)
Scott A. Edelman (SE 5247)
Andrew M. Leblanc (*pro hac vice*)
Kylie Davidson  (KD 0502)
1 Chase Manhattan Plaza
New York, NY  10005-1413
(212) 530-5000

*Counsel for Plaintiff Marc S. Kirschner,
as Trustee for the Refco Litigation Trust*

2284479.1

2

## CERTIFICATE OF SERVICE

  I, Thomas F. Driscoll, III, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Dismissal Of Action** was caused to be made on April 7, 2008, in the manner indicated upon the entities identified below:

Dated: April 7 2008

_____
Thomas F. Driscoll III (No. 4703)

| **By Hand Delivery** | **By First Class Mail** |
|---|---|
| United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207<br>Lockbox 31<br>Wilmington, DE 19801 | Suffolk, LLC<br>c/o Corporation Service Company<br>2711 Centerville Road<br>Suite 400<br>Wilmington, DE 19808 |
| Robert J. Stearn, Jr.<br>Ricards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | |
| Shannon D. Leight, Esquire<br>Ciardi & Ciardi P.C.<br>901 Market Street<br>Suite 700<br>Wilmington, DE 19801 | |

2284632.2